```
Limor Lehavi (SBN 189054)
    llehavi@lslawoffices.com
GailAnn Y. Stargardter (SBN 250749)
    gstargardter@lslawoffices.com
Lehavi Stargardter, LLP
P.O. Box 5973
Orange, CA 92863
T: (949) 570-9575
F: (949) 570-9580
```

Attorneys for Counter Defendant
Certain Underwriters at Llyod's, London

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIED PROFESSIONALS INSURANCE COMPANY, A RISK RETENTION GROUP, INC.,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. 8:22-cv-01852 JVS (DFMx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION AND REQUEST TO RETAIN JURISDICTION** |

## NOTICE OF SETTLEMENT

Plaintiff/Counter Defendant, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, and Defendant/Counterclaimant, ALLIED PROFESSIONALS INSURANCE COMPANY, A RISK RETENTION GROUP, INC., (hereafter "the Parties") by and through their counsel of record, hereby notify the Court that the Parties have reached a settlement in the above-captioned matter. The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until the Parties can fully perform their duties as required under the settlement agreement.

It is estimated that settlement will be fully consummated on or around October 16,

2023. Upon completion of all duties (as mandated under the settlement agreement) and within two weeks after said completion, the Parties will file with this Court a joint notice of dismissal with prejudice to be signed by counsel for all Parties.

Dated: August 25. 2023          LEHAVI STARGARDTER. LLP

By: */s/Limor Lehavi*
Limor Lehavi
GailAnn Y. Stargardter
Attorneys for Counter Defendant,
Certain Underwriters at Llyod's, London

Dated: August 25, 2023          CLYDE AND CO US LLP

By: */s/Michele A. Vargas*
Michele A. Vargas
Sina Bahadoran
Attorneys for Plaintiff, Certain Underwriters at Llyod's, London

Dated: August 25. 2023          THE KADISH LAW GROUP. P.C.

By: */s/Michael B. Kadish*
Michael B. Kadish
Attorneys for Defendant/Counterclaimant,
Allied Professionals Insurance Company,
A Risk Retention Group, Inc.

## SIGNATURE ATTESTATION

I, Limor Lehavi, am the ECF user whose ID and password are being used to file the above documents. I attest that concurrence in the filing of this document has been obtained from the other signatories.

Date: August 25, 2023          LEHAVI STARGARDTER, LLP

*/s/Limor Lehavi*
Limor Lehavi
Attorneys for Counter-Defendant